[Civil No. 735.]

H. I. LATHAM, Administrator of the Estate of Martin House, Deceased, Appellant, v. E. F. WOODDELL, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. Webster Street, Judge.

Thomas D. Bennett, for Appellant.

Joseph H. Kibbey, for Appellee.

November 9, 1900. Dismissed.